# JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215



TEL: (716) 831-1994

August 30, 2010

U.S. Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501

    Re:    Anthony J. Caruana
            former Owner, Director, Shareholder of Green Acres Village Liquors
            Bk. No. 07-02610B

Dear Sir/Madam:

    Enclosed herewith please find the Claims Distribution of Small Checks report in regards to the above captioned matter. The distribution to creditors referenced on said report is below $5.00, therefore, I am enclosing the Bankruptcy Estate of Anthony J. Caruana's check no. 10108 in the amount of $1.26 which represents payment of the following claims:

| | | | |
|---|---|---|---|
| 1. | Claim No. 2 | National Fuel Gas Distribution Corporation<br>6363 Main St.<br>Williamsville, NY 14221 | $1.26 |

    If you have any questions or problems, please feel free to contact the undersigned. Thank you for your courtesy and cooperation in this matter.

                              Very truly yours,

                              JOHN H. RING, III

JHR/pls
Enc.



FILED
SEP - 1 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

Printed: 08/30/10 10:22 AM  Page: 1

# Claims Distribution Small Checks

Trustee: **JOHN H. RING, III (520550)**

Case: 07-02610 - CARUANA, ANTHONY J.

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920001885295566 | 10108 | 08/30/10 | 2 | 10/16/07 | 610 | Payee: U.S. Bankruptcy Court, WDNY<br>National Fuel Gas Distribution Corporation<br>6363 Main St.<br>Williamsville, NY 14221 | 64.18 | 64.18 | 1.26 | 1.26 |

Check Amount: $1.26

(*) Denotes objection to Amount Filed