3/4/11
Receipt # 1091439
$1,022.87

# JOHN H. RING, III
### ATTORNEY AT LAW
### 385 CLEVELAND DRIVE
### BUFFALO, NEW YORK 14215

TEL: (716) 831-1994



F I L E D
MAR - 4 2011
BANKRUPTCY COURT
BUFFALO, NY

March 2, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re:   CARUANA, ANTHONY J.                    /Case # 07-02610
       Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $1,022.87. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

Claimant Bank of America                    Amount $    1,022.87 Claim Register #    1

JOHN H. RING, III
Trustee